**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00344-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MICHAEL LAWRENCE,

    Plaintiff,

v.

AMY BLACKMAN,
DAVID GILL,
FRAN JAMISON,
DENVER, COLORADO ADULT PROBATION DEPARTMENT,
DARRYL F. SCHOCKLEY,
MITCHELL R. MORRISSEY,
DENVER DISTRICT ATTORNEY'S OFFICE,
DEBORAH HANSEN,
JOHN W. LETTENY,
POLICE DEPARTMENT OF THE CITY OF APEX, NORTH CAROLINA,
C. COLON WILLOUGHBY,
WAKE COUNTY, NORTH CAROLINA DISTRICT ATTORNEY'S OFFICE,
JOHN DOE #1, and
JOHN DOE #2,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiff has submitted to the court a Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action.  Any papers that Plaintiff files in response to this order

must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form (must use the court's current form)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: _____.

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) xx  is not on proper form (must use Court-approved form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) xx  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 12, 2014, at Denver, Colorado.

BY THE COURT:

2

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge