IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00344–RM–KMT

MICHAEL LAWRENCE,

    Plaintiff,

v.

AMY BLACKMAN, individually and in her official capacity as a representative of the Denver, Colorado Adult Probation Department,
DAVID GILL, individually and in his official capacity as a representative of the Denver, Colorado Adult Probation Department,
FRAN JAMISON, individually and in her capacity as Chief Probation Officer of the Denver Adult Probation Department, and
THE DENVER, COLORADO ADULT PROBATION DEPARTMENT,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Amend First Amended Complaint" (Doc. No. 12, filed Mar. 11, 2014) is DENIED at moot.  There is no need for Plaintiff to file an amended complaint to purge the previously dismissed claims and defendants.  Plaintiff's First Amended Complaint (Doc. No. 7), filed February 24, 2014, will proceed with respect to the claims against Defendants Blackman, Gill, Jamison, and the Denver County Adult Probation Department only.

Dated: March 11, 2014