**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14–cv–00344–RM–KMT

MICHAEL LAWRENCE,

    Plaintiff,

v.

AMY BLACKMAN, individually and in her official capacity as a representative of the Denver, Colorado Adult Probation Department,
DAVID GILL, individually and in his official capacity as a representative of the Denver, Colorado Adult Probation Department,
FRAN JAMISON, individually and in her capacity as Chief Probation Officer of the Denver Adult Probation Department,
THE DENVER, COLORADO ADULT PROBATION DEPARTMENT,
DARRYL F. SHOCKLEY, individually and in his official capacity as a representative of the Denver District Attorney's office,
MITCHELL R. MORRISSEY, individually and in his official capacity as Denver District Attorney,
THE DENVER DISTRICT ATTORNEY'S OFFICE,
DEBORAH HANSEN, individually and in her official capacity as Police Officer for the City of Apex, North Carolina,
JOHN W. LETTENEY, individually and in his capacity as Apex, North Carolina Chief of Police,
THE POLICE DEPARTMENT OF THE CITY OF APEX, NORTH CAROLINA,
C. COLON WILLOUGHBY, individually and in his official capacity as the Wake County, North Carolina District Attorney,
THE WAKE COUNTY, NORTH CAROLINA DISTRICT ATTORNEY'S OFFICE,
JOHN DOE #1, individually and in his official capacity as a representative of the Wake County, North Carolina District Attorney's Office,
JOHN DOE #2, individually and in his official capacity as a representative of the Wake County, North Carolina District Attorney's Office,

    Defendants.

---

## ORDER

---

This matter is before the Court on the June 26, 2014 Recommendation of United States Magistrate Judge Kathleen M. Tafoya (the "Recommendation") (ECF No. 31) Defendants'

Motion to Dismiss Based on Qualified Immunity and Lack of Subject Matter Jurisdiction (ECF No. 24) be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 31 at 16-17.) Despite this advisement, no objections to the Recommendation have to date been filed by either party.

The Court concludes that Judge Tafoya's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted.

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 31) is ADOPTED in its entirety;

(2) Defendants' Motions to Dismiss (ECF No. 24) is GRANTED;

(3) The Clerk is directed to enter judgment in favor of Defendants on all claims.

DATED this 17th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge